UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                    Plaintiff,

- against -

775 SIXTH AVENUE NAILS, INC., AND
775 LOFT CORP.,

                    Defendants.

21-cv-10499 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Both the defendants appear to have been served, and the time to respond to the complaint has passed. The time to respond to the complaint is extended to **April 4, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendants. The plaintiff should serve a copy of this Order on the defendant by **March 21, 2022**, and file proof of service by **March 24, 2022**.

    The conference scheduled for March 18, 2022 is **canceled**.

SO ORDERED.
Dated:    New York, New York
            March 14, 2022

                                      John G. Koeltl
                                United States District Judge