UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                Plaintiff,        21-cv-10499 (JGK)

    - against -               ORDER

775 SIXTH AVENUE NAILS, INC. ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by May 20, 2022. The conference scheduled for May 17, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          May 5, 2022

                                                  /s/ John G. Koeltl
                                                    John G. Koeltl
                                          United States District Judge