UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GRACIELA DONCOUSE,

                     Plaintiff(s)                   21 civ 10499 (JGK)

         -against-                       ORDER OF DISCONTINUANCE

775 SIXTH AVENUE NAILS, INC.,
                     Defendant(s).
-------------------------------------------------------------X

       It having been reported to this Court that the parties have settled this action, It is, on this **11th** day of August, 2022, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       **Any application to reopen must be filed within thirty (30) days of this order; any application to reopen filed thereafter may be denied solely on that basis.** Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

       All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

SO ORDERED.

                                                                JOHN G. KOELTL
                                                     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        August 11, 2022

# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

August 10, 2022

Ge Qu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: rqu@hanglaw.com

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    **Doncouse v. 775 Sixth Avenue Nails, Inc. et al**
               Case No. 1:21-cv-10499-JG
               *Letter Motion for Stay of Proceedings in Light of Settlement*

Dear Judge Koeltl:

    This office represents defendant 775 Sixth Avenue Nails, Inc. in the above-referenced matter. Together with Plaintiff and co-defendant 775 Loft Corp., we are pleased to inform the Court that the parties have reached a settlement in principle. As such, we respectfully request that the Court stay the proceedings for 30 days. The parties intend to use the requested time to negotiate and finalize the settlement.

    Granting this application will serve the interests of this Court as no further litigation is necessary and no party will be prejudiced by the stay.

    We appreciate the Court's time and attention to this matter.

                               Respectfully Submitted,
                               Hang & Associates, PLLC

Hon. John G. Koeltl
Page 2

By: _s/ Ge Qu_
Ge Qu, Esq.
*Attorneys for Defendant 775
Sixth Avenue Nails, Inc.*

cc: (via ECF)
Bradly G. Marks, Esq.
Alicia Evelyn Rodriguez, Esq.
Jeffrey E. Goldman, Esq.